UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/17

GONZALO CORNELIO BASURTO,
individually and on behalf of others similarly
situated,

Plaintiff,

-against-

KAHALA HOLDINGS LLC., KAHALA
RESTAURANTS LLC., KAHALA
FRANCHISING LLC., KAHALA
RESTAURANT  HOLDINGS LLC, KAHALA
FRANCHISE  CORP., KAHALA  BRANDS
LTD., TWIN 161 CORP. (D/B/A BLIMPIE),
AND REHAN KHAN,

Defendants.

**ORDER OF REFERENCE TO A
MAGISTRATE JUDGE**

17 Civ. 7848 (PGG) (HBP)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge
for the following purpose(s):

X     General Pretrial (includes scheduling,
discovery, non-dispositive pretrial
motions, and settlement)

Specific Non-Dispositive
Motion/Dispute:*

_____

If referral is for discovery disputes
when the District Judge is unavailable,
the time period of the referral:

_____

Settlement*

Inquest After Default/ Damages
Hearing

Consent under 28 U.S.C. § 636(c) for all
purposes (including trial)

Consent under 28 U.S.C. § 636(c) for
limited purpose (e.g., dispositive
motion, preliminary injunction)

Purpose: _____

Habeas Corpus

Social Security

Dispositive Motion (i.e., motion
requiring a Report and
Recommendation)

Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
     October 18, 2017              SO ORDERED.

Paul G. Gardephe
United States District Judge