# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:17-cv-07848-PGG                                         Purchased/Filed: October 13, 2017

STATE OF NEW YORK         UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

*Gonzalo Cornelio Basurto, individually and on behalf of others similarly situated*

Plaintiff

against

*Kahala Holdings LLC, et al.*

Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 20, 2017___, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint with Corporate Notice on

_____Kahala Franchise Corp._____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___307 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered Mail RB816267927US.

Description of the person served:  Approx. Age: __55__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this
__20th__ day of __November, 2017__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2019

James Perone
**Attny's File No.**
Invoice•Work Order # SP1712800

---

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

UNITED STATES COURT          COUNTY OF SOUTHERN DISTRICT

*Gonzalo Cornelio Basurto, individually and on behalf of others similarly situated*
vs
*Kahala Holdings LLC, et al.*

---

## SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

_____James Perone_____ , being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On the __29th__ of __November, 2017__ I sent of behalf of the Plaintiff herein a copy of the __Summons in a Civil Action and Complaint with Corporate Notice__ with notice of the service upon the Secretary of State thereof to __KAHALA FRANCHISE CORP.__ the Defendant herein, by REGISTERED mail __RB816267927US__ in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

Kahala Franchise Corp.


ATTACHED HERETO AND MADE A PART HEREOF IS THE
[X] RETURN RECEIPT FROM THE DEFENDANT
[ ] RETURNED MAIL
　　[ ] UNCLAIMED
　　[ ] RETURNED TO SENDER
　　[ ] UNDELIVERABLE AS ADDRESSED


SWORN TO ME THIS
13TH DAY OF DECEMBER, 2017

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2019

James Perone
Attny's File No.
Invoice·Work Order # SP1712800

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**



| Registered No. RB816267927US | | Date Stamp |
|---|---|---|
| Reg. Fee | $2.03 | |
| Handling Charge | $11.70 | Return Receipt |
| Postage | $2.75 | Restricted Delivery |
| | $0.00 | |
| Received by | $0.00 | |
| | $16.48 | |
| Customer Must Declare Full Value $6.00 | 0 | 11/29/2017 Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

*To Be Completed By Post Office*

NOV 29 2017 ORANGE USPO
ALBANY NY 12206

OFFICIAL USE

FROM:
ALBANY, NY 12206
SERVICO INC.
P.O. BOX 871
ALBANY NY 12201

TO:
KAHALA FRANCHISE CORP
C/O CT CORPORATION SYSTEM
3800 NORTH CENTRAL AVE, SUITE 460
PHOENIX AZ 85012

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806**, **Receipt for Registered Mail**   *Copy 1 - Customer*
May 2007 (7530-02-000-9051)                         *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing.

**Insurance Coverage:**
**Domestic:** Insurance up to $25,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. Copies of the DMM are available at any Post Office™ and online at http://pe.usps.gov®. Limitations on coverage include, but are not limited to, the following:

>   Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.

>   No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

**International:** Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings at any Post Office or online at http://pe.usps.gov for limitations of coverage, prohibitions, and restrictions. Claims for damage and loss of contents may be payable to the addressee only.

**Filing Claims:**
**Domestic:** Indemnity claims for loss (article not received) can be filed after 15 days from the date the article was mailed, but no later than 180 days from that date. All claims for damage or missing contents should be filed immediately, but no later than 60 days from the date of mailing. PS Form 1000, *Domestic Claim or Registered Mail Inquiry*, is available from any Post Office or at www.usps.com®. Present the following documentation in support of your claim to any Post Office: (1) completed Section A of the PS Form 1000, (2) dated PS Form 3806, *Receipt for Registered Mail*, and (3) evidence of value (i.e. sales slip, receipt, or repair estimate) and any evidence of damage (damaged article with mailing container, including any wrapping, packaging, and any other contents that were received).

**International:** To initiate an inquiry for loss, damage, or loss of contents, call 800-222-1811 (have mailing details available). Inquiries and claims for loss of the registered item must be filed within 6 months of the date of mailing. Claims for damage and complete or partial loss of contents must be filed immediately. In the case of damage or loss of contents, the addressee must present the damaged article with mailing container (including any wrapping, packaging, and any other contents that were received) to the destination administration immediately.

PS Form **3806,** May 2007, *(Customer Copy - Reverse)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAHALA FRANCHISE CORP
C/o CT CORPORATION SYSTEM
3800 NORTH CENTRAL AVE, SUITE 460
PHOENIX  AZ  85012

9590 9402 2249 6193 0025 61

2. Article Number (Transfer from service label)

RG 8162679274S

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   CT CORPORATION SYSTEM
   PHOENIX ARIZONA
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   12/5/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☒ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 2249 6193 0025 61

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**



- Sender: Please print your name, address, and ZIP+4® in this box•

SERVICO INC.
P.O. BOX 871
ALBANY NY  12201

PHOENIX AZ OSBORN STATION
DEC - 4 2017
USPS

1-087171