Gorcephe, P.
Pitman, H.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/17

-----------------------------------------------------------------x

GONZALO CORNELIO BASURTO, *individually and on behalf of others similarly situated,*,

Plaintiff,

-against-

KAHALA HOLDINGS LLC., KAHALA RESTAURANTS LLC., KAHALA FRANCHISING LLC., KAHALA RESTAURANT HOLDINGS LLC, KAHALA FRANCHISE CORP., KAHALA BRANDS LTD., TWIN 161 CORP., (d/b/a BLIMPIE), and REHAN KHAN,

Defendants.

Civ. No.: 17-CV-07848 (PGG)

-----------------------------------------------------------------x

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiff and the Kahala Defendants (as defined below), through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including January 22, 2018;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants KAHALA HOLDINGS LLC., KAHALA RESTAURANTS LLC., KAHALA FRANCHISING LLC., KAHALA RESTAURANT HOLDINGS LLC, KAHALA FRANCHISE CORP., and KAHALA BRANDS LTD. ("Kahala Defendants"), through their undersigned attorneys, who are authorized to enter this Stipulation, that the Kahala Defendants hereby waive any defenses based on alleged defects in service of process.

MICHAEL FAILLACE & ASSOCIATES, P.C.
*ATTORNEYS FOR PLAINTIFF*
60 East 42nd Street, Ste. 4510
New York, New York 10165
(212) 317-1200

By: _____
MICHAEL A. FAILLACE, ESQ.

Dated: \2-27-17

4820-6267-0154, v. 1

JACKSON LEWIS P.C.
*ATTORNEYS FOR KAHALA DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
NOEL P. TRIPP, ESQ.

Dated: 12/27/17

**SO ORDERED:**

_____
U.S.M.J.