UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GONZALO CORNELIO BASURTO, individually
and on behalf of others similarly situated,  Index No.: 17-cv-07848(PGG)
                             Plaintiff,

           -against-  **RULE 7.1 STATEMENT**

KAHALA HOLDINGS LLC, KAHALA RESTAURANTS LLC,
KAHALA FRANCHISING LLC, KAHALA RESTAURANT
HOLDINGS LLC, KAHALA FRANCHISE CORP., KAHALA
BRANDS LTD., TWIN 161 CORP. (d/b/a BLIMPIE)
and REHAN KHAN,
                          Defendants.
------------------------------------------------------------x

     PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants TWIN 161 CORP. (d/b/a BLIMPIE) and REHAN KHAN, an individual, certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the Defendants, TWIN 161 CORP. (d/b/a BLIMPIE), and REHAN KHAN.

Dated: Bronx, New York
       January 19, 2018

                                              s/s Joseph A. Altman, Esq.
                                              Joseph A. Altman, Esq. 4290
                                              Attorney for Defendants
                                              Joseph A. Altman, P.C.
                                              951 Bruckner Blvd., 1st Floor
                                              Bronx, NY 10459
                                              718-328-0422