UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GONZALO CORNELIO BASURTO, individually
and on behalf of others similarly situated,      Index No.: 17-cv-07848(PGG)
                                    Plaintiff,

                    -against-                                    **VERIFIED ANSWER**

KAHALA HOLDINGS LLC, KAHALA RESTAURANTS LLC,
KAHALA FRANCHISING LLC, KAHALA RESTAURANT
HOLDINGS LLC, KAHALA FRANCHISE CORP., KAHALA
BRANDS LTD., TWIN 161 CORP. (d/b/a BLIMPIE)
and REHAN KHAN,
                                    Defendants.
----------------------------------------------------------------x

       Defendants, TWIN 161 CORP. (d/b/a BLIMPIE) and REHAN KHAN, by their Attorneys, JOSEPH A. ALTMAN, P.C., as and for their Verified Answer to the Plaintiff's Complaint, respectfully sets forth as follows:

    1.    Denies having any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "1" →"6", "15" →"26", "29" → "33", "40" → - "55", "57" → "60", "65", "66", "71", "91"→"93", "98" →"100" and "105" of the Plaintiff's Complaint.

    2.    Denies each and every allegation contained in the paragraphs numbered "7" → "14", "27", "28", "34" → "39 (a-h), "56", "61" →"64", "67" – "70", "72" → "89", "94"→ "96", "100" →"103", "106" → "108"; "110" – "112", "114", "115", "117", "118", "120" →122" of the Plaintiff's Complaint.

    3.    Repeats and realleges each and every statement in paragraphs "1", "2", and "3" above as to each and every allegation in paragraphs "90", "97", "104", "109", "113", "116", and "119" of the Plaintiff's Complaint.

**AS AND FOR A FIRST DEFENSE**

    4.    That this Court lacks jurisdiction since the Defendants' gross revenues are jurisdictionally insufficient.

WHEREFORE, the Defendants demands Judgment dismissing the Plaintiff's Complaint herein, together with the costs and disbursements of this Action.

Dated: Bronx, New York
       January 19, 2018

Yours, etc.,

Joseph A. Altman, Esq.
JOSEPH A. ALTMAN, P.C.
Attorneys for Defendants
951 Bruckner Blvd., 1st Floor
Bronx, New York 10459
718-328-0422 (T)
718-378-4898 (F)

To:   Michael Faillace & Associates, P.C.
      Attorneys for Plaintiff
      60 W. 42nd Street, Suite 4510
      New York, New York 10165
      212-327-1200 (T)
      212-317-1620 (F)