STATE OF NEW YORK, COUNTY OF BRONX                                          SS:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

___certification       certify that the within
by Attorney           has been compared by me with the original and found to be a true and complete copy.
___Attorney's         state that I am
affirmation           the attorney(s) of record for                                      in the within
                      action;   I have read the foregoing                                and know the contents thereof; the same is true
                      to my knowledge, except as to the matters therein
                      alleged to be on information and belief; and as to those matters I believe it to be true.
                      The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                             _____
                                                                             The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF BRONX                                          SS:
I, the undersigned, being duly sworn, depose and say:
___individual        in the action; I have read the foregoing
verification                                                              and know the contents thereof; the same is true to my own
                     knowledge, except as to the matters therein stated to be alleged on information and belief,
                     and as to those matters I believe it to be true.

X___corporation the    President              of TWIN 161 CORP. (d/b/a BLIMPIE)
verification
         acorporation and a party in the within action; I have  read the foregoing          VERIFIED ANSWER
         and know the contents thereof; the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief;
and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on the 19 day of January, 2018          _____
                                                           The name signed must be printed beneath
         JOSEPH A. ALTMAN                                  REHAN KHAN
         NOTARY PUBLIC, STATE OF NEW YORK
         No. 02AL4805116
STATE OF NEW YORK, COUNTY OF Bronx        ss:     ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at
         My Commission Expires July 31, 2018            964 E. 169th Street BX NY 10459
The undersigned Attorney and Counselor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On 1/19/18         I served the within Verified Answer
X___Service        by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
by mail            custody of the U.S. Postal Service within the New York State addressed to

___Personal        by delivering a true copy of each personally to each person named below at the address indicated.  I know
service on         each person served to be the person mentioned and described in said papers as a party therein.
an individual
___Service by      by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
electronic              ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
means              and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                   of the U.S. Postal Service within the New York State  to the address set forth after each name.
___Overnight       by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
Delivery           each name below.
Service

Michael Fallace & Associates P.C.           Jackson Lewis P.C.
60 E. 42 Street, Ste. 450                   58 South Service Rd. Ste 250
NY NY 10165                                 Melville NY 11747

                                                              _____
Sworn to before me on                                         the name signed must be printed beneath
the 19 day of Jan 2018
Affirm on the                                                 Lorraine Martino
    day of         2017

Joseph A. Altman
Notary Public, State of New York
No. 4805116
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires July 31, 2018