STATE OF NEW YORK, COUNTY OF BRONX                                            SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
____certification       certify that the within
   by Attorney         has been compared by me with the original and found to be a true and complete copy.
____Attorney's        state that I am
   affirmation         the attorney(s) of record for                                    in the within
                        action;    I have read the foregoing                and know the contents thereof; the same is true
                        to my knowledge, except as to the matters therein
                        alleged to be on information and belief; and as to those matters I believe it to be true.
                        The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                            _____
                                                                            The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF BRONX                                            SS:
I, the undersigned, being duly sworn, depose and say:
____individual         in the action; I have read the foregoing
   verification                                                    and know the contents thereof; the same is true to my own
                        knowledge, except as to the matters therein stated to be alleged on information and belief,
                        and as to those matters I believe it to be true.

X____corporation  the   President                  of TWIN 161 CORP. (d/b/a BLIMPIE)
   verification
                        a corporation and a party in the within action; I have read the foregoing
                        and know the contents thereof; the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief;
and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
                                                                            _____
Sworn to before me on the 19 day of January, 2018                            The name signed must be printed beneath
                                                                            REHAN KHAN
JOSEPH A. ALTMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires July 31, 2018

STATE OF NEW YORK, COUNTY OF Bronx         ss:     ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at
964 E. 169th Street Bx NY 10459
The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On 1/19/18            I served the within Verified Answer
X____Service           by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
   by mail            custody of the U.S. Postal Service within the New York State addressed to

____Personal          by delivering a true copy of each personally to each person named below at the address indicated. I know
   service on         each person served to be the person mentioned and described in said papers as a party therein.
   an individual

____Service by        by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
   electronic         ____ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
   means             and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                     of the U.S. Postal Service within the New York State  to the address set forth after each name.

____Overnight         by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
   Delivery          each name below.
   Service

Michael Fallace & Associates P.C.          Jackson Lewis P.C.
60 E. 42 Street, Ste. 450                  58 South Service Rd. Ste 250
NY NY 10165                                Melville NY 11747

                                                                            _____
Sworn to before me on                                                       the name signed must be printed beneath
the 19 day of JAN, 2018
Affirm on the                                                               Lorraine Martin
   day of _____ 2017

Joseph A. Altman
Notary Public, State of New York
No. 4805116
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires July 31, 2018